# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
§
TEXTBOOK ZONE, INC., § Case No. 13-09526
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/11/2013 . The undersigned trustee was appointed on 03/11/2013 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                   $       3,952.43

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 4.21 |
   | Bank service fees | 120.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 3,828.22 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/01/2015 and the deadline for filing governmental claims was 05/01/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 988.11. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 988.11, for a total compensation of $ 988.11 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00, and now requests reimbursement for expenses of $ 0.00, for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/05/2015      By: _____
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) (Page: 2)

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 13-09526 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | TEXTBOOK ZONE, INC., | Date Filed (f) or Converted (c): | 03/11/13 (f) |
| | | 341(a) Meeting Date: | 05/10/13 |
| For Period Ending: | 08/05/15 | Claims Bar Date: | 05/01/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Financial Accounts<br>    First Midwest Bank Checking Account | 5,000.00 | 0.00 | | 2,152.85 | FA |
| 2. Inventory<br>    Textbooks | 80,000.00 | 0.00 | | 0.00 | FA |
| 3. ACCOUNT RECEVIABLE (u) | Unknown | 0.00 | | 1,799.58 | FA |
| TOTALS (Excluding Unknown Values) | $85,000.00 | $0.00 | | $3,952.43 | Gross Value of Remaining Assets<br>$0.00<br>(Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE DRAFTING HIS CLOSING DOCUMENTS - April 30, 2015. TRUSTEE MAYBE FILING ADVERSARY COMPLAINTS TO AVOID VARIOUS TRANSFERS - Jan. 17, 2015. TRUSTEE HAS REQUESTED BOOKS AND RECORDS FOR PREFERENCE AND FRAUDULENT CONVEYANCE ANALYSIS - January 19, 2014. NO CHANGE - April 30, 2014. TRUSTEE REVIEWING RECORDS - July 17, 2014. REVIEW CONTINUES - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 03/31/15        Current Projected Date of Final Report (TFR): 08/31/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 13-09526 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | TEXTBOOK ZONE, INC., | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******5746 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5627 | | |
| For Period Ending: | 08/05/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/24/14 | 3 | NEBRASKA BOOK COMPANY | | 1221-000 | 1,799.58 | | 1,799.58 |
| 06/30/14 | 1 | TEXTBOOK ZONE INC. | Proceeds from bank accounts | 1129-000 | 2,152.85 | | 3,952.43 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,942.43 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,932.43 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,922.43 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,912.43 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,902.43 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,892.43 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,882.43 |
| 02/27/15 | 300001 | Arthur B. Levine Company<br>60 East 42nd Street<br>Room 965<br>New York, New York 10165 | Bond premium | 2300-000 | | 4.21 | 3,878.22 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,868.22 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,858.22 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,848.22 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,838.22 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,828.22 |

Page Subtotals  3,952.43  124.21

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 13-09526 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | TEXTBOOK ZONE, INC., | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******5746 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5627 | | |
| For Period Ending: | 08/05/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 3,952.43 | 124.21 | 3,828.22 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 3,952.43 | 124.21 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 3,952.43 | 124.21 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********5746 | 3,952.43 | 124.21 | 3,828.22 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 3,952.43 | 124.21 | 3,828.22 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 18.05

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: August 05, 2015 |
|---|---|---|---|---|---|---|

Case Number:　13-09526　　　　　　　　　Claim Class Sequence
Debtor Name:　TEXTBOOK ZONE, INC.,

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $988.11 | $988.11 |
| BOND<br>999<br>2300-00 | Arthur B. Levine Company<br>60 East 42nd Street<br>Room 965<br>New York, New York 10165 | Administrative | | $0.00 | $4.21 | $4.21 |
| 000001<br>070<br>7100-00 | United Parcel Service<br>c/o Receivable Management Services<br>(RMS)<br>P.O. Box 4396<br>Timonium, Maryland 21094 | Unsecured | | $0.00 | $70.98 | $70.98 |
| 000002<br>070<br>7100-00 | United Parcel Service (Freight)<br>c/o Recovery Management Services<br>(RMS)<br>P.O. Box 4396<br>Timonium, Maryland 21094 | Unsecured | | $0.00 | $1,226.04 | $1,226.04 |
| 000003<br>070<br>7100-00 | Cengage Learning<br>10650 Toebben Dr<br>Independence, KY 41054 | Unsecured | | $0.00 | $81,521.75 | $81,521.75 |
| 000004<br>070<br>7100-00 | John Wiley & Sons Inc<br>1 Wiley Drive<br>Somerset, NJ 08873-1272 | Unsecured | | $0.00 | $15,265.02 | $15,265.02 |
| 000005<br>070<br>7100-00 | WW Norton & Company, Inc.<br>C/O National Book Company<br>800 Keystone Industrial Park<br>Scranton, PA 18512 | Unsecured | | $0.00 | $8,326.24 | $8,326.24 |
| 000006<br>070<br>7100-00 | Washington Square Development, LLC<br>Shaw Law Ltd<br>33 N County St, Ste 300<br>Waukegan, IL 60085 | Unsecured | | $0.00 | $20,000.00 | $20,000.00 |
| 000007<br>050<br>4210-00 | MBS Textbook Exchange, Inc<br>2711 West Ash Street<br>Columbia, MO 65203 | Secured | | $0.00 | $15,249.50 | $15,249.50 |
| | Case Totals: | | | $0.00 | $142,651.85 | $142,651.85 |

Code #:　Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-09526
Case Name: TEXTBOOK ZONE, INC.,
Trustee Name: JOSEPH E. COHEN

Balance on hand $ 3,828.22

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000007 | MBS Textbook Exchange, Inc<br>2711 West Ash Street<br>Columbia, MO 65203 | $ 15,249.50 | $ 15,249.50 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 3,828.22

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 988.11 | $ 0.00 | $ 988.11 |
| Other: Arthur B. Levine Company | $ 4.21 | $ 4.21 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 988.11

Remaining Balance $ 2,840.11

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 126,410.03  have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  2.3  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | United Parcel Service c/o Receivable Management Services (RMS) P.O. Box 4396 Timonium, Maryland 21094 | $ 70.98 | $ 0.00 | $ 1.59 |
| 000002 | United Parcel Service (Freight) c/o Recovery Management Services (RMS) P.O. Box 4396 Timonium, Maryland 21094 | $ 1,226.04 | $ 0.00 | $ 27.55 |
| 000003 | Cengage Learning 10650 Toebben Dr Independence, KY 41054 | $ 81,521.75 | $ 0.00 | $ 1,831.59 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | John Wiley & Sons Inc<br>1 Wiley Drive<br>Somerset, NJ 08873-1272 | $ 15,265.02 | $ 0.00 | $ 342.97 |
| 000005 | WW Norton & Company, Inc.<br>C/O National Book Company<br>800 Keystone Industrial Park<br>Scranton, PA 18512 | $ 8,326.24 | $ 0.00 | $ 187.07 |
| 000006 | Washington Square Development, LLC<br>Shaw Law Ltd<br>33 N County St, Ste 300<br>Waukegan, IL 60085 | $ 20,000.00 | $ 0.00 | $ 449.34 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 2,840.11 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

NONE