UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    §
                                          §
TEXTBOOK ZONE, INC.,                      §        Case No. 13-09526
                                          §
         Debtor(s)                        §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
              CLERK OF BANKRUPTCY COURT
              219 S. Dearborn Street, Chicago, IL 60604
Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 09/11/2015 in Courtroom ,
              North Branch Court
              1792 Nicole Lane
              Round Lake Beach, IL 60073
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: _____
                                              Clerk, U.S. Bankruptcy Court


*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
TEXTBOOK ZONE, INC., §   Case No. 13-09526
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 3,952.43 |
| and approved disbursements of | $ | 124.21 |
| leaving a balance on hand of[1] | $ | 3,828.22 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000007 | MBS Textbook Exchange, Inc<br>2711 West Ash Street<br>Columbia, MO 65203 | $ 15,249.50 | $ 15,249.50 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 3,828.22 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 988.11 | $ 0.00 | $ 988.11 |
| Other: Arthur B. Levine Company | $ 4.21 | $ 4.21 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Total to be paid for chapter 7 administrative expenses     $        988.11

Remaining Balance     $        2,840.11

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 126,410.03 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | United Parcel Service<br>c/o Receivable Management Services (RMS)<br>P.O. Box 4396<br>Timonium, Maryland 21094 | $ 70.98 | $ 0.00 | $ 1.59 |
| 000002 | United Parcel Service (Freight)<br>c/o Recovery Management Services (RMS)<br>P.O. Box 4396<br>Timonium, Maryland 21094 | $ 1,226.04 | $ 0.00 | $ 27.55 |

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Cengage Learning<br>10650 Toebben Dr<br>Independence, KY 41054 | $ 81,521.75 | $ 0.00 | $ 1,831.59 |
| 000004 | John Wiley & Sons Inc<br>1 Wiley Drive<br>Somerset, NJ 08873-1272 | $ 15,265.02 | $ 0.00 | $ 342.97 |
| 000005 | WW Norton & Company, Inc.<br>C/O National Book Company<br>800 Keystone Industrial Park<br>Scranton, PA 18512 | $ 8,326.24 | $ 0.00 | $ 187.07 |
| 000006 | Washington Square Development, LLC<br>Shaw Law Ltd<br>33 N County St, Ste 300<br>Waukegan, IL 60085 | $ 20,000.00 | $ 0.00 | $ 449.34 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 2,840.11 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Textbook Zone, inc.  
    Debtor

Case No. 13-09526-ABG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: nmolina     Page 1 of 2     Date Rcvd: Sep 02, 2015  
                 Form ID: pdf006     Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2015.

```
db            +Textbook Zone, inc.,   1162 E. Washington St.,   Grayslake, IL 60030-7960
20155973       AT&T,   P.O. Box,   Carol Stream, IL 60197
20155970       Accounts Receivable Dept.,   Wolters Kluwer Law & Business,   4829 Innovation Way,
                 Chicago, IL 60682-0048
20155972      +American Health Information Management,   233 N. Michigan Ave.,   Chicago, IL 60601-5800
20155974      +Biehl & Biehl, Inc.,   PO Box 87410,   Carol Stream, IL 60188-7410
20155975       Cenage Learning,   PO Box 95999,   Chicago, IL 60694-7960
20155976      +Clear Channel Outdoor,   PO Box 591790,   San Antonio, TX 78259-0139
20155977      +Coface Collections North America,   PO Box 1389,   Kenner, LA 70063-1389
20155978      +Comcast,   2508 W Route 120,   McHenry, IL 60051-4712
20155979       Daily Herald,   Paddock Publishing Inc.,   PO Box 1420,   Arlington Heights, IL 60006-1420
20155980      +Elsevier Science & Technology,   3251 Riverport Lane,   Maryland Heights, MO 63043-4816
20155981      +Hawkins Learning Systems,   Quant Systems, Inc.,   546 Long Point Road,
                 Mount Pleasant, SC 29464-8215
20155982      +House of Adjustments, Inc.,   715 Mamaroneck Ave.,   Mamaroneck, NY 10543-1963
20155983       John Wiley & Sons, Inc.,   PO Box 416502,   Boston, MA 02241-6502
20155984      +Jones & Bartlett Learning, LLC,   5 Wall Street,   Burlington, MA 01803-4770
20155985      +MBS Textbook Exchange, Inc,   2711 West Ash Street,   Columbia, MO 65203-4613
20155987      +MCS Credit & Audit Services,   PO Box 1130,   Attn: Wolters Kluwer Law and Business,
                 Mechanicsburg, PA 17055-1130
20155989      +MPS,   16365 James Madison Highway,   Gordonsville, VA 22942-8501
20155986       McGraw Hill Education,   Accounts receivable,   148 Princeton-Highstown Road N-2,
                 Hightstown, NJ 08520-1450
20155988      +Michael Doran,   Lake Shore Property Management,   1100 E. Washington St. #100,
                 Grayslake, IL 60030-7963
20155990       Nebraska Book Company,   NW 5801,   PO Box 1450,   Minneapolis, MN 55485-5801
20155991      +Oxford University Press,   2001 Evans Road,   Cary, NC 27513-2010
20563188      +United Parcel Service,   c/o Receivable Management Services (RMS),   P.O. Box 4396,
                 Timonium, Maryland 21094-4396
20155995      +United Parcel Service,   28013 Network Place,   Chicago, IL 60673-1280
20563200      +United Parcel Service (Freight),   c/o Recovery Management Services (RMS),   P.O. Box 4396,
                 Timonium, Maryland 21094-4396
23036609      +Washington Square Development, LLC,   Shaw Law Ltd,   33 N County St, Ste 300,
                 Waukegan, IL 60085-4322
20155996      +Wolters Kluwer Law & Business,   7201 McKinney Circle,   Frederick, MD 21704-8356
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
20155971      +E-mail/Text: support@amscollections.com Sep 03 2015 01:28:19     Allen Maxwell & Silver,
                 190 Sylvan Ave.,   Englewood Cliffs, NJ 07632-2533
22940245      +E-mail/Text: melissa.north@cengage.com Sep 03 2015 01:28:12     Cengage Learning,
                 10650 Toebben Dr,   Independence, KY 41051-5100
22971079       E-mail/Text: creditriskdept@wiley.com Sep 03 2015 01:28:20     John Wiley & Sons Inc,
                 1 Wiley Drive,   Somerset, NJ 08873-1272
20155992      +E-mail/Text: bankruptcy@pearson.com Sep 03 2015 01:29:57     Pearson Education,
                 200 Old Tappan Road,   Westwood, NJ 07675-7005
20155993      +E-mail/Text: support@rnacollects.com Sep 03 2015 01:29:50     Richmond North Associates,
                 4232 Ridge Lea Road,   Buffalo, NY 14226-1095
20155994      +E-mail/Text: risk@trisourcesolutions.com Sep 03 2015 01:28:24     Trisource Solutions LLC,
                 2117 State Street, STE 301,   Bettendorf, IA 52722-5172
20155997      +E-mail/Text: bmontgomery@wwnorton.com Sep 03 2015 01:29:56     WW Norton & Company, Inc.,
                 C/O National Book Company,   800 Keystone Industrial Park,   Scranton, PA 18512-4601
                                                                                               TOTAL: 7
```

       ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2015                                     Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: nmolina              Page 2 of 2           Date Rcvd: Sep 02, 2015
                              Form ID: pdf006            Total Noticed: 34
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 1, 2015 at the address(es) listed below:
              E. Philip  Groben    on behalf of Trustee Joseph E Cohen pgroben@cohenandkrol.com,
               trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              Gina B Krol, ESQ    on behalf of Trustee Joseph E Cohen gkrol@cohenandkrol.com,
               gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              John F Hiltz    on behalf of Debtor    Textbook Zone, inc. jhiltz@hwzlaw.com,  kwantuch@hwzlaw.com,
               bzanzig@hwzlaw.com
              Joseph E Cohen    on behalf of Trustee Joseph E Cohen jcohen@cohenandkrol.com,
               jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
              Joseph E Cohen     jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
               .com
              Mark L Shaw    on behalf of Creditor    Washington Square Development LLC markshawlaw@hotmail.com,
               ayoura@gmail.com;sllgrgosselin@hotmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 7
```