# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                                  §
                                        §
TEXTBOOK ZONE, INC.,                    §     Case No. 13-09526
                                        §
          Debtor                        §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 80,000.00                  Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 2,840.11   Claims Discharged
                                             Without Payment: 462,306.06

Total Expenses of Administration: 1,112.32

3) Total gross receipts of $ 3,952.43  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 3,952.43  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 15,249.50 | $ 15,249.50 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,112.32 | 1,112.32 | 1,112.32 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 445,126.73 | 126,410.03 | 126,410.03 | 2,840.11 |
| **TOTAL DISBURSEMENTS** | $ 445,126.73 | $ 142,771.85 | $ 142,771.85 | $ 3,952.43 |

4)  This case was originally filed under chapter 7 on 03/11/2013. The case was pending for 35 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/25/2016            By:/s/JOSEPH E. COHEN
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Financial Accounts | 1129-000 | 2,152.85 |
| ACCOUNT RECEIVABLE | 1221-000 | 1,799.58 |
| **TOTAL GROSS RECEIPTS** | | **$ 3,952.43** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | MBS TEXTBOOK EXCHANGE, INC | 4210-000 | NA | 15,249.50 | 15,249.50 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 15,249.50** | **$ 15,249.50** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN, TRUSTEE | 2100-000 | NA | 988.11 | 988.11 | 988.11 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 4.21 | 4.21 | 4.21 |
| ASSOCIATED BANK | 2600-000 | NA | 120.00 | 120.00 | 120.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,112.32 | $ 1,112.32 | $ 1,112.32 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T P.O. Box Carol Stream, IL 60197 | | 121.79 | NA | NA | 0.00 |
| | Allen Maxwell & Silver 190 Sylvan Ave. Englewood Cliffs, NJ 07632 | | 10,619.35 | NA | NA | 0.00 |
| | American Health Information Management 233 N. Michigan Ave. Chicago, IL 60601 | | 1,787.11 | NA | NA | 0.00 |
| | Biehl & Biehl, Inc. PO Box 87410 Carol Stream, IL 60188 | | 11.80 | NA | NA | 0.00 |
| | Coface Collections North America PO Box 1389 Kenner, LA 70063 | | 5,504.00 | NA | NA | 0.00 |
| | Comcast 2508 W Route 120 McHenry, IL 60050 | | 353.76 | NA | NA | 0.00 |
| | Hawkins Learning Systems Quant Systems, Inc. 546 Long Point Road Mount Pleasant, SC 29464 | | 946.00 | NA | NA | 0.00 |
| | House of Adjustments, Inc. 715 Mamaroneck Ave. Mamaroneck, NY 10543-0780 | | 8,480.86 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jones & Bartlett Learning, LLC 5 Wall Street Burlington, MA 01803 | | 6,317.50 | NA | NA | 0.00 |
| | MBS Textbook Exchange, Inc 2711 West Ash Street Columbia, MO 65203 | | 15,249.50 | NA | NA | 0.00 |
| | MCS Credit & Audit Services PO Box 1130 Attn: Wolters Kluwer Law and Business Mechanicsburg, PA 17055 | | 14,064.68 | NA | NA | 0.00 |
| | MPS 16365 James Madison Highway Gordonsville, VA 22942 | | 40,685.90 | NA | NA | 0.00 |
| | McGraw Hill Education Accounts receivable 148 Princeton-Highstown Road N-2 Hightstown, NJ 08520-1450 | | 55,182.63 | NA | NA | 0.00 |
| | Nebrasaka Book Company NW 5801 PO Box 1450 Minneapolis, MN 55485-5801 | | 40,751.30 | NA | NA | 0.00 |
| | Pearson Education 200 Old Tappan Road Westwood, NJ 07675 | | 138,659.96 | NA | NA | 0.00 |
| 000003 | CENGAGE LEARNING | 7100-000 | 81,521.75 | 81,521.75 | 81,521.75 | 1,831.59 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | JOHN WILEY & SONS INC | 7100-000 | 15,265.02 | 15,265.02 | 15,265.02 | 342.97 |
| 000001 | UNITED PARCEL SERVICE | 7100-000 | NA | 70.98 | 70.98 | 1.59 |
| 000002 | UNITED PARCEL SERVICE (FREIGHT) | 7100-000 | 1,226.04 | 1,226.04 | 1,226.04 | 27.55 |
| 000006 | WASHINGTON SQUARE DEVELOPMENT, LLC | 7100-000 | 51.54 | 20,000.00 | 20,000.00 | 449.34 |
| 000005 | WW NORTON & COMPANY, INC. | 7100-000 | 8,326.24 | 8,326.24 | 8,326.24 | 187.07 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 445,126.73 | $ 126,410.03 | $ 126,410.03 | $ 2,840.11 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-09526   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | TEXTBOOK ZONE, INC., | Date Filed (f) or Converted (c): | 03/11/13 (f) |
| | | 341(a) Meeting Date: | 05/10/13 |
| For Period Ending: | 01/25/16 | Claims Bar Date: | 05/01/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Financial Accounts   First Midwest Bank Checking Account | 5,000.00 | 0.00 | | 2,152.85 | FA |
| 2. Inventory   Textbooks | 80,000.00 | 0.00 | | 0.00 | FA |
| 3. ACCOUNT RECEVIABLE (u) | Unknown | 0.00 | | 1,799.58 | FA |
| TOTALS (Excluding Unknown Values) | $85,000.00 | $0.00 | | $3,952.43 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE FILING HIS TDR SINCE ALL CHECKS HAVE CLEARED - 01/20/16. DISTRIBUTION MADE PER TFR - Oct. 31, 2015. TRUSTEE PREPARING HIS TFR, NDR - July 30, 2015. TRUSTEE DRAFTING HIS CLOSING DOCUMENTS - April 30, 2015. TRUSTEE MAYBE FILING ADVERSARY COMPLAINTS TO AVOID VARIOUS TRANSFERS - Jan. 17, 2015.  TRUSTEE HAS REQUESTED BOOKS AND RECORDS FOR PREFERENCE AND FRAUDULENT CONVEYANCE ANALYSIS - January 19, 2014.  NO CHANGE - April 30, 2014.  TRUSTEE REVIEWING RECORDS - July 17, 2014.  REVIEW CONTINUES - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 03/31/15     Current Projected Date of Final Report (TFR): 08/31/15

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 13-09526 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | TEXTBOOK ZONE, INC., | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5746 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5627 | | | |
| For Period Ending: | 01/25/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/24/14 | 3 | NEBRASKA BOOK COMPANY | | 1221-000 | 1,799.58 | | 1,799.58 |
| 06/30/14 | 1 | TEXTBOOK ZONE INC. | Proceeds from bank accounts | 1129-000 | 2,152.85 | | 3,952.43 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,942.43 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,932.43 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,922.43 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,912.43 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,902.43 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,892.43 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,882.43 |
| 02/27/15 | 300001 | Arthur B. Levine Company<br>60 East 42nd Street<br>Room 965<br>New York, New York 10165 | Bond premium | 2300-000 | | 4.21 | 3,878.22 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,868.22 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,858.22 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,848.22 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,838.22 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,828.22 |
| 09/16/15 | 300002 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Trustee Fees<br>Trustee Fees | 2100-000 | | 988.11 | 2,840.11 |
| 09/16/15 | 300003 | United Parcel Service<br>c/o Receivable Management Services (RMS)<br>P.O. Box 4396<br>Timonium, Maryland 21094 | Claim 000001, Payment 2.24007%<br>(1-1) Modified to correct<br>creditor's address (Modified on 6/4/2013)cm | 7100-000 | | 1.59 | 2,838.52 |
| 09/16/15 | 300004 | United Parcel Service (Freight)<br>c/o Recovery Management Services (RMS)<br>P.O. Box 4396 | Claim 000002, Payment 2.24707%<br>(2-1) Modified to correct<br>creditor's address (Modified on 6/4/2013)cm | 7100-000 | | 27.55 | 2,810.97 |

Page Subtotals    3,952.43    1,141.46

Ver: 19.05b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-09526 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | TEXTBOOK ZONE, INC., | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******5746 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5627 | | |
| For Period Ending: | 01/25/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/16/15 | 300005 | Cengage Learning<br>10650 Toebben Dr<br>Independence, KY 41054<br>Timonium, Maryland 21094 | Claim 000003, Payment 2.24675% | 7100-000 | | 1,831.59 | 979.38 |
| 09/16/15 | 300006 | John Wiley & Sons Inc<br>1 Wiley Drive<br>Somerset, NJ 08873-1272 | Claim 000004, Payment 2.24677% | 7100-000 | | 342.97 | 636.41 |
| 09/16/15 | 300007 | WW Norton & Company, Inc.<br>C/O National Book Company<br>800 Keystone Industrial Park<br>Scranton, PA 18512 | Claim 000005, Payment 2.24675% | 7100-000 | | 187.07 | 449.34 |
| 09/16/15 | 300008 | Washington Square Development, LLC<br>Shaw Law Ltd<br>33 N County St, Ste 300<br>Waukegan, IL 60085 | Claim 000006, Payment 2.24670%<br>(6-1) rent due<br>(6-1) Modified on<br>3/12/15 to correct creditor address (ac) | 7100-000 | | 449.34 | 0.00 |

|  |  | COLUMN TOTALS | 3,952.43 | 3,952.43 | 0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
|  |  | Subtotal | 3,952.43 | 3,952.43 | |
|  |  | Less: Payments to Debtors | | 0.00 | |
|  |  | Net | 3,952.43 | 3,952.43 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******5746 | 3,952.43 | 3,952.43 | 0.00 |
| | ---------------- | ---------------- | ---------------- |
| | 3,952.43 | 3,952.43 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   2,810.97

Ver: 19.05b

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 13-09526 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | TEXTBOOK ZONE, INC., | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******5746 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5627 | | |
| For Period Ending: | 01/25/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account (Non-Interest Earn - *******5746)

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 19.05b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*